JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUSTIN DEBRUYN, | ) | Case No. EDCV 15-2368-DOC (KK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE, | ) ) ) | |
| Respondent. | ) ) | |

In accordance with the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: January 5, 2016          _____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1